ACCEPTED
04-14-00521-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/19/2015 4:22:21 PM
KEITH HOTTLE
CLERK

IN THE COURT OF APPEALS FOR THE
FOURTH DISTRICT OF TEXAS
AT SAN ANTONIO, TEXAS

NO. 04-14-00521-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

01/19/2015 4:22:21 PM

KEITH E. HOTTLE
Clerk

MEDINA INTERESTS, LTD., Appellant

V.

WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, ET AL, Appellees
Appellees

On Appeal from the 218th Judicial District Court
of Karnes County, Texas, No. 13-04-00098,
the Honorable Stella Saxon, Presiding

---

**APPELLEES, WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, ET AL'S
SECOND MOTION TO EXTEND TIME TO FILE BRIEF**

---

TO THE HONORABLE JUSTICES OF SAID COURT:

Comes Now WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, MARY CUNNINGHAM, JUDY GONZALES, JOSEPH ALLEN TRIAL, JOHN TRIAL, SHERRI CHACK-ON, DEONNE POSTON, DAN TRIAL, MARCIA TRIAL, SHARON McCULLOCH, DEBORA "DEBBIE" ALBRITTON, GLENN BARNETT, LORETTA "LORI" M. FORD, JIMMY RAY TRIAL, THEIRY TIM TRIAL, LINDA WIATREK, JEFFREY BOULDIN, MARGARET LITTLE, KENNETH LYSSY, YVONNE JANACEK, JOSEPH RUSSELL TRIAL and MICHAEL TRIAL, filing this Second Motion for Extension of Time to file Brief and for cause shall show:

1.     This is an Appeal from a summary judgment of the 218th Judicial District Court of Karnes County, Texas.

2. The Style of the case is *Medina Interests, Ltd. vs. William Paul Trial, Charles Ballard Trial, et al* and numbered 13-04-00098-CVK; Court of Appeals Number: 14-14-00521-CV.

3. Appellant filed its brief on November 19, 2014.

4. Appellant's Brief is due to be filed January 19, 2015.

5. Appellee requests an Extension of Time to file the Brief from January 19, 2015 to February 19, 2015.

6. This is Appellee's Second Request for Extension of Time to File the Brief.

7. Appellee needs this additional time to file the Brief and for cause shall show as follows: There were two holidays scheduled before the time the brief was due and administratively essential employees had taken time off to be with families. Attorney for Appellant also has been involved in the following cases:

11-03-14 D-1-GN-11-002013; North America Life Ins. vs. Roddy Villescas, et al; Travis County
11-10-14 2012-CI-02715; Jeanie Rumpza vs. Michael Rumpza; Bexar County
11-13-14 389487; James Hill vs. Gary Pools; Bexar County
11-14-14 24,294; Betty McCraw vs. Henson, et al; Taylor County
11-18-14 2012-CI-11279; Javier Saldivar vs. Diana Montoya; Bexar County
11-19-14 2013-CI-17278; Monica Wiggins vs. Anthony Wiggins, Bexar County
11-19-14 24,294; Betty McCraw vs. Henson, et al; Taylor County
11-19-14 352442; Villa Park Architecture v. The O'Haver Construction; Bexar County
11-19-14 305710; LST Leasing vs. David Traylor; Bexar County
11-20-14 381740; Albert Nickels vs. Jeffery A. Myers; Bexar County
11-25-14 D-1-GN-11-002013; North America Life Ins. vs. Roddy Villescas, et al; Travis County
12-01-14 2011-CI-08311; Darren Edwards vs. Gary Zars Pools, et al; Bexar County
12-02-14 2011-CI-01531; Wells Fargo Bank vs. Randy Coble, et al; Bexar County
12-04-14 06-60006-00-0-3; James Caughman vs. Gary Zars; Nueces County
12-04-14 2012-CCV-61526-3; Jim Long vs. Gary Zars; Nueces County
12-05-14 2013-CI-14734; In the Interest of Ordonez, Child; Bexar County
12-11-14 2012-CI-19460; Shayna Harms vs. Colby Harms; Bexar County
12-12-14 2010-CI-14901; Alejandra Castro v. George Andrade; Bexar County
12-12-14 2012-CI-02715; Jeanie Rumpza vs. Michael Rumpza; Bexar County
12-18-14 2014-CI-09634; Pedro M. Perez v. HUNTINGWITHJEFF.COM, LLC; Bexar County
12-19-14 2014-CI-08054; United SA Federal Credit Union v. Emilio Fernandez; Bexar County
12-19-14 2010-CI-12565; Citizens State Bank vs. Raba Design Group; Bexar County
12-29-14 2013-CI-14734; In the Interest of Selena Ordonez, A Child; Bexar County
12-30-14 24295-B; Betty McCraw vs. Alamo Environmental; Taylor County
1-12-15; 2012-CI-02715; In the Matter of the Marriage of Rumpza; Bexar County

1-13-15 381740; Albert Nickels vs. HUNTINGWITHJEFF.COM, LLC, et al; Bexar County
1-14-15 199-54529-2014; In the Interest of Cole Jackson O'Dell; Collin County
1-14-15 2014-SC-05263; Joe Cabralez dba Joe's Plumbing v. Jeffrey Myers; Dimmit County
1-15-15 C2009-0556B; Blanco National Bank v. James Dalton; Comal County
1-16-15 2014CV00437; Key Green Builder vs. Bill Krupa; Bexar County

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant

this Motion To Extend Time to File the Brief to February 19, 2015.

Respectfully submitted,

HAYDEN & CUNNINGHAM, PLLC
Attorneys at Law
7750 Broadway
San Antonio, Texas 78209
Telephone (210) 826-7750
Facsimile (210) 822-0916

By:_____
DAVID L. CUNNINGHAM
State Bar No. 00787314
Attorney for Appellees

## CERTIFICATE OF CONFERENCE

On this day, I hereby certify that I have attempted to confer with Appellant's attorney

concerning my Motion to Extend Time to File the Brief. I have reached the Appellant's

attorney and she does not oppose the extension.

Signed this _____ day of January, 2015.

_____
DAVID L. CUNNINGHAM

STATE OF TEXAS           §
                         §
COUNTY OF BEXAR          §

BEFORE ME, the undersigned authority, on this day personally appeared DAVID L. CUNNINGHAM, attorney for WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, MARY CUNNINGHAM, JUDY GONZALES, JOSEPH ALLEN TRIAL, JOHN TRIAL, SHERRI CHACK-ON, DEONNE POSTON, DAN TRIAL, MARCIA TRIAL, SHARON McCULLOCH, DEBORA "DEBBIE" ALBRITTON, GLENN BARNETT, LORETTA "LORI" M. FORD, JIMMY RAY TRIAL, THEIRY TIM TRIAL, LINDA WIATREK, JEFFREY BOULDIN, MARGARET LITTLE, KENNETH LYSSY, YVONNE JANACEK, JOSEPH RUSSELL TRIAL and MICHAEL TRIAL, being duly sworn on his oath deposed and stated he is the attorney of record for WILLIAM PAUL TRIAL, CHARLES BALLARD TRIAL, MARY CUNNINGHAM, JUDY GONZALES, JOSEPH ALLEN TRIAL, JOHN TRIAL, SHERRI CHACK-ON, DEONNE POSTON, DAN TRIAL, MARCIA TRIAL, SHARON McCULLOCH, DEBORA "DEBBIE" ALBRITTON, GLENN BARNETT, LORETTA "LORI" M. FORD, JIMMY RAY TRIAL, THEIRY TIM TRIAL, LINDA WIATREK, JEFFREY BOULDIN, MARGARET LITTLE, KENNETH LYSSY, YVONNE JANACEK, JOSEPH RUSSELL TRIAL and MICHAEL TRIAL, in the above styled and numbered cause; that he is fully qualified and authorized to make this verification; and that every statement contained therein is within his personal knowledge and is true and correct.


_____
DAVID L. CUNNINGHAM

SUBSCRIBED AND SWORN to before me on the 19th day of January, 2015, to certify which witness my hand and official seal.

BERNICE VILLANUEVA MARTINEZ
Notary Public, State of Texas
My Commission Expires
April 18, 2016

Notary Public, State of Texas

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded by via facsimile, on this 19th day of January, 2015 to the following:

Brandy R. Manning
Burleson LLP
223 W. Wall Street, Suite 400
Midland, Texas 79701

Via Facsimile (432) 253-8601

Matthew S. Brysacz
Burleson LLP
112 E. Pecan Street, Suite 700
San Antonio, Texas 78205

Via Facsimile (210) 870-2626

Mark L. Nastri
Nastri Law Firm PLLC
14860 Montford Drive, Suite 209
Dallas, Texas 75254

Via Facsimile (972) 934-2310

_____
DAVID L. CUNNINGHAM